FILED - GR
September 11, 2025 1:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: /9/L

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JORDAN ISAIAH-MAURICE WATTS

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:25-cv-1073**
Paul L Maloney - U.S. District Judge
Sally J. Berens - U.S. Magistrate Judge

v. Kalamazoo County, Sheriff Richard Fuller III, Deputy Toth, Sgt Erbos, Sgt Zimmer, Deputy Crump, Sgt Wheatley, Deputy Powell, Sgt Detective Misner, Sgt Baumont, Lt Faulks, Sgt Cattles

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

**The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.**

### I. Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒   No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
   Western District of Michigan Southern Division

2. Is the action still pending?   Yes ☒   No ☐
   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision?   Yes ☐   No ☐
4. Is the appeal still pending?   Yes ☐   No ☐
   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☒ No ☐
   a. If so, explain: Unconstitutional punishment of a pretrial Detainee without procedural Due Process.

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Jordan Watts__

Place of Present Confinement __Kalamazoo County Jail__

Address __1500 Lamont Ave Kalamazoo, MI 49048__

Place of Confinement During Events Described in Complaint __Kalamazoo County Jail__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 __Kalamazoo County__

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? __Official & personal__

Name of Defendant #2 __Sheriff Richard Fuller III__

Position or Title __Sheriff__

Place of Employment __Kalamazoo County Jail__

Address __1500 Lamont Ave Kalamazoo, MI 49048__

Official and/or personal capacity? __Official and personal__

Name of Defendant #3 __Deputy toth__

Position or Title __Deputy__

Place of Employment __Kalamazoo County Jail__

Address __1500 Lamont Ave Kalamazoo, MI 49048__

Official and/or personal capacity? __Official and personal__

Name of Defendant #4 __Sgt Erdos__

Position or Title __Sergeant__

Place of Employment __Kalamazoo County Jail__

Address __1500 Lamont Ave Kalamazoo, MI 49048__

Official and/or personal capacity? __Official and personal__

Name of Defendant #5 __Sgt Zimmer__

Position or Title __Sergeant__

Place of Employment __Kalamazoo County Jail__

Address __1500 Lamont Ave Kalamazoo MI 49048__

Official and/or personal capacity? __Official and personal__

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

Deputy Crump
Deputy
Kalamazoo County Jail
500 lamont Ave Kalamazoo, MI 49048
Official & Personal Capacity

Sgt Beaumont
Sergant
Kalamazoo County Jail
1500 lamont Ave Kalamazoo, MI 49048
Official & Personal Capacity

Sgt Wheatley
Sergant
Kalamazoo County Jail
500 lamont Ave, Kalamazoo, MI 49048
Official & Personal Capacity

Lt. faulks
L.T.
Kalamazoo County Jail
1500 lamont Ave, Kalamazoo, MI 49048
Official & Personal

Deputy Powell
Deputy
Kalamazoo County Jail
1500 lamont Ave Kalamazoo, MI 49048
Official & Personal Capacity

Sgt Cattes
Sergant
Kalamazoo County Jail
1500 lamont Ave Kalamazoo, MI 49048
Official & Personal

Sgt Detective misner
Detective
Kalamazoo County Jail
1500 lamont Ave Kalamazoo, MI 49048
Official & Personal Capacity

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On November 6, 2024 while I was in isolation I asked Deputy toth if she would pull me out to make a lawyer call this was at 8:00am. She Responded very aggressive and rude an told me no, to ask the next shift. I then Express to her that the courts ordered the jail to Allow me to be able to contact my lawyer when I needed But she just walked off mumbling very rude things such as I dont have to do Anything for a convict. I started to yell and pressed the Emergency Button to speak to a Sgt But Recieved no response. When deputy toth returned I yelled at her why are you being tough and just do your Job. Later on that day Day Deputy toth around 3:00pm came and told me she would be writing me a misconduct for yelling which is a misconduct per the rule Book and Excessive pressing of the Emergency Button which is Not a misconduct in the rule Book Nor is that Something I did. On November 8, 2024 Sgt ERDos and sgt Zimmer came and asked me if I wanted a Hearing and if so it would start right now. I asked what I was written up for an was told loud yelling and insubordination. I asked why I wasnt given 24 Hours notice and was told it was not a right. I ask what did deputy toth say I did Because it wasnt in the misconduct they literally Just check Boxes, why had I just recieved the misconduct an the sgts told me they dont let inmates see what the deputies says in reports. I then asked if I would be allowed to call witnesses an was told no

I then explained that i'm guilty of yelling which is a minor but not insubordination. I explained that insubordination is disobedience, failure to follow an order which i never did because at no time did Deputy toth give me a direct order. Sgt Erdos told me because i yelled that was insubordination an Sgt Zimmer smiled at me. I explained that i was being disciplined in ERROR by not being allowed to call witnesses an not given notice to which they walked off. an told me i was responsible/guilty an i was given 10 days in segregation. All That day i asked multiple deputies including but not limited to Deputy Lopaz, Powell, Boland, Salevey, McCormack what the jail considers insubordination to be because there is no definition in the rule book and every deputy responded that insubordination is disobedience to an order. I appealed this misconduct an filed a grievance I Explained to Lt. Faulk that i was again disciplined in error By not being given proper notice, not being allowed to call witnesses ? the rule book not giving detainee's fair notice that certain conduct is a violation to which He Responded by saying the Hearing was proper An the Deputies that said insubordination was disobedience to an order were kids. On December 9th Detective Warren needer Issued me a misconduct for alledgley using someone else's pin to access Visit's. Deputy Powell came an told me to pack my things when I asked Her where i was moving to she told me isolation i asked her to please get a sgt because i was being treated differently than other similarly situated individuals. Deputy Powell came back with sgt cattles an it was explained to me that i had to do 5 days in isolation because i recieved alledgley 2 or more minor misconducts in one month I explained that i never recieved a hearing and sgt cattles Ensured me that i would get a hearing. I asked if they were going to take me to isolation an then start creating reasons to keep me there which sgt cattles told me no. I was then taken

(1)

to B-North I was segregation. My 3rd day there Sgt Wheatley came to see me for my Hearing. While conducting the Hearing He told me that I was written up again the day I was moved By deputy Powell for insubordination. I Explained that, that cannot Be correct Because I was not insubordinate an Sgt Cattes And deputy Powell Assured me that I would not Be moved an then reasons created to Assured im Housed in that <u>Dungeon</u>. I complained About not Be given 24 Hours Notice For the insurbordination and requested to call witnesses, my cell mates and Sgt Cattes; Deputy Powell. Sgt Wheatley Explained if I was told By Sgt Cattes and Deputy Powell that I wouldn't receive any more misconduct from that day then it will Be Dismissed. Sgt Wheatley left an came Back after About 45 minutes an told me He talked with Sgt Cattes an the Sgt confirmed what I was saying was true But He Hasnt talked to Deputy Powell So He is finding me guilty and I Had to spend another 10 days in segregation with only one Hour out to shower, use the phone. I wrote grievances an kites to Lt. Foulk About the rule Book an Hearing process to No Avail But Lt. Foulk did come talk to me and tell me that the rule Book is incorrect an if they put Every definition or Every rule it would Be to thick an He told me Some things Are common sense. After A week in segregation Deputy Powell was working an I asked Her what Happened and She told me that She was order to write me A misconduct an that I need to lay low Because Detective Misner has A target On my Back. I took this as a message to stop filing complaints And Grievances Against Misner an the Jail. On Jan 12, 2025 I was moved from Bwest 10 to Bwest 11 as I was Being moved an inmate By the Name Pratt gave me a pair of Socks in front of the Deputies which was recorded. When I was moved the Deputies searched the Sock that pratt gave me and found an Unidentified Pill. I explain that inmate pratt gave me the Sock in front of you guys

(2)

an i believe the pill is a narcotic substance. Deputy Belisle then told to let Deputy Crump that He could review the Body cams of the Deputies. Deputy Crump then told me to pack my things and that i was going to Segregation. I asked How/Why and He stated misuse of Medication, I responded that it's only a minor misconduct and He stated it's a major now i told Him thats not what the rules say and He responded the rules is wrong. When i was placed in a Segregation cell i noticed the sink was Broken an i had no drinking water. I immediatley let Deputies McCormack & McKenzie know that the Sink was Broke an they attempted to Fix it to no avail. On monday i let the Deputies know had no drinking water an they stated they would put in a maintenance request. On tuesday i told Deputy Marshal and the Nurses, Nurse Becky i Had no Drinking water for 3 days and Nurse Becky Brought me a bottle of water. I was so thirsty it was unbearable i thought the staff was slowly killing me i asked to Be moved an i was told no. On Wednesday Sgt Wheatley came to Hear me on the misconduct, i told Him it's been more than 72 Hours so By jail policy He must dismiss the misconduct He responded by saying He is only a few Hours late, i told him a rule is a rule an He told me in so many words He didn't care. I Had my Hearing told him to review the cameras an i Had witness that could atest to the truth or what i was saying He told me He would come see me After investigation. I told Him i Had no drinking water an im thirsty an He said He would Have maintenance check it out. On thursday maintenance came an attempted to fix the sink to no avail I asked to Be moved when Deputy Willard came around i also asked to see C.M.H i was very drained an thirsty an my mouth was dry.

[3]

C.M.H Never came. That night i told the deputy on duty i wanted to Hurt myself i Had to literally lie to get them to move me to a Suicide Watch cell to get some Drinkable water. that Friday Sgt Wheatley Brought me a Guilty Finding on the misconduct an didnt tell me why or what investigation He did. I wrote Grievances an Appealed to Lt Faulk which He denied. I Even Sent Bell v. Wolfish Supreme courts Decision to Him which He Just ignored. I wrote a Grievances About my conditions of confinement For 5 days with But only one Bottle of water an How my mental Health was Deteoriating to which He told me to talk with (C.M.H Community mental Health). On January 27 2025 i was taken Back to General population. On Febuary 28, 2025 i was Again taken to Segregation For Alledgely Using Simeone Else's Visits. Deputy mccormack told me to pack my things He was with Sgt Baumont & Sgt Jelsomeno i told Sgt Jelsomeno that i'm Being targeted an that literally Another person literally is using multiple visits and i'm the only person in this Jail that keeps going to Segregation For this and it's a minor why am i Be placed in segregation? Sgt Jelsomeno and Sgt Baumont Explained that im Being written for insubordination an Failure to cooperate with staff i then asked who gave me a Direct order i can i Be written up for insubordination to which i got no reply. Sgt Baumont came 3 days later an gave me a hearing to which i repeated the same Arguments an He told me Because i was told in 2024 At

(4)

Some unspecified time to not use others visits him guilty i explained that it does not say this in the rule book an that the staff are targeting me to punish me arbitrarly. Deputy mccormack came an talked with me later an told me He was ordered to write that misconduct an the persons who ordered it Heard me on the misconduct. I appealed to Lt. Faulk an as usual He ignored, i complained the Hearing officer not Being impartial an How other inmates are not Being treated this way. I argued that the misconducts were false an Detective warren misner has the staff retaliating against me to Deter me from pursuing my civil rights suit, i finally talk to Lt. Faulk Again in person an He Again just ignored me. My Grievances an Appeal was But Whats Noticable is i was found not guilty of failure to cooperate But somehow of insurbordination. On August 1, 2025 Deputy came and told me to pack my things and that i'm going to segregation. Sgt Zimmer was present. an i asked why an He told me Lt Malz to him to issue me a misconduct for any act That violates michigans criminal statute i ask what i did an Knowsbody could tell me so i was again moved to segregation. On August 4, 2025 Sgt Cattes and Sgt Zimmer came an Gave me A Hearing they told me that they recieved a report Stating i was Helping facilitate the sale of illegal Firearms mysister Alleogley possesed, They said in the report my sister Showed me firearms and i tried to Help Facilitate the sale of those firearms. I asked why wasn't this

(5)

Stated in the pre-statement so I couldn't have an Hour to prepare instead of Being ambushed But never the less i asked to present witnesses and asked Sgt Cattles to call my sister via telephone which he responded By saying she Just gonna lie. I denied that my sister Ever showed me any illegal Firearms and that she Has showed me pics of Firearms an Nice cars, I Explained that mysister is a law Abiding citizen and can legally possess Firearms, she owns Firearms an can legally sale Firearms As long As she comply's with MCL 750.223, MCL 28.422 which involves the Sale of A Firearm. I Also asked if Detective Misner wrote the report I Explained that He is A Defendant already in Another lawsuit an He Has non-stop Harrassed, targeted me, my Friends & Family. I Explained that He Harrassed my Friend carlos parks an told him that if He doesnt talk to Him He is going to do to His life what He is Doing to meines. my Friend carlos video recorded this conversation. I told Sgt Cattles that He making up lies an is using the staff Here At K.C.J to punish me Arbitraly an its retaliation. Sgt cattles told me He would send me His Decision later in the day. when i got the response later that night it stated After Further review of the report by Detective Misner it is Determined that i am Responsible. I Filed An Appeal Because Again i was Denied witnesses and there was no Evidence what so ever of A criminal Act an yet the Jail still let this False misconduct stand an i was given Another 10 days in Seg.

(6)

I also filed a Grievance asking the Jail to not let Detective Misner have any contact or 3rd party contact with me cus my family and friends which was denied i explained that literally K.C.J Staff has told me in confidence that Misner is targeting me and i need to stop filing complaints and to keep my head low. I never got any response for my appeal of this misconduct an my grievance was denied. Due to the treatment I recieved at this jail which is arbitrary i've developed suicide ideation, im almost afraid i always think ima be placed in the Hole (segregation) im scared anybody i have contact with this man misner is going to harrass, my mental health has deteriorated, I barely can function, im always depressed im scared to meet people Because i know He will harrass them, the staff at this jail is helping him they ignore my cries for help they will not give me proper due process or give me a hearing with a impartial hearings officer, my anxiety is so bad i constantly shake i dont even know what i can be all punished for they keep saying the rules are incorrect but still punish pretrial detainees for it. On August 27, 2025 I told Deputy Bement to let Sgt Erdis know i need to be moved i explained that an incident occurred and another inmate was assaulted. I explained that i tried to stop the assault and as a result another inmate pulled a razor and a knife on me. As a result i requested to be moved. Sgt Erdis told Deputy Bement that i had to either go back to where the guys tried to hurt me and just severally assaulted another inmate or go to segregation where i only get barely 1 hour out a day cannot visit my loved ones and is severly restricted. I wrote a grievance to no avail.

(7)

Claim one: Fourteenth Amendment Deputy toth violated my my rights to Equal protection of the law, Due process when she falsified a misconduct (insubordination) to have me placed in segregation for 10 days knowing i would be subjected to significant restrictions.

Claim two: Fourteenth Amendment Sgt ERDOS & Sgt Zimmer violated my rights to procedural Due process when they allowed this false misconduct to stand, Denied me 24 Hours notice in advance of the Hearing, to know what said and properly prepare a Defense and by denying me the right to call witnesses, & By not delivering me a copy after the Hearing with the reason for the findings.

Claim three: Fourteenth Amendment / First Amendment Detective Warren meisner violated my right to Equal protection of the law when He targeted me & treated me different than other similar situated Detainee's By writing false misconducts on me, getting Sgt Erdos to write misconducts on to have me placed in segregation, Detective meisner Violated my First Amendment rights when He has constantly sent messages, Harrass & Punished me to stop filing complaints against him.

Claim Four: Fourteenth Amendment. Sgt Wheatley violated my rights to procedural Due process when He failed to give me 24 Hours notice Before ambushing me on the misconduct deputy Powell wrote, failed to show me what she said so i could properly defend, Did fully investigate and failed to allow to call witnesses and did not deliver a copy of why the findings were made.

(8)

Claim Five: Fourteenth Amendment Deputy Sgt Presited my rights to Equal protection of the law & Due proces when He falsefied a misconduct against me (Misuse of Medications) to Have me place in Segregation Knowing i would be Subjected to Significant restrictions for 16 days.

Claim Six: Fourteenth Amendment Sgt Wheatley violated my rights to procedural Due process when he failed to allow me to call witnesses, lied that the Hearing wasn't past 72 Hours, & Didnt Deliver me a copy with the reason for His findings of Guilt. Sgt Wheatley also was deliberatly indifferent to my conditions of confinement. When I told him i Had no drinking water cus it had Been 4 days an He did nothing to Ensure that i was givin Some water.

Claim Seven: Fourteenth Amendment Sgt Baumont Violated my rights to procedural Due process when He punished Me for an Alledged incident thats not specified in the rule Book what so Ever. failed to give me Sufficient Notice that i could be punished and failed to Be impartial on march 3rd 2025.

Claim Eight: Fourteenth Amendment Detective Warren Misner Violated my rights to Equal protection when He falsefied a Report to Have me punished Arbitrarly an targeted me Maliciously on August 1st 2025.

(13)

Claim Nine: <u>Fourteenth Amendment</u> Sgt Cotles violated my Rights to procedural process in connection with any punishment when He denied me the right to call witnesses, Was not impartial when conducting my Hearing on August 4th and gave me 10 days in Segregation knowing this punishment was arbitrary

Claim Ten: <u>Fourteenth Amendment</u> Kalamazoo County, Richard Fuller III, Captain Beers, It Faulk; It Dziedzic violated my Rights to Equal protection of the law when they allowed me to Be singled out By Detective Misner Harrassed an targeted an treated differently From similar situated Detainees E.g. This Detainee is the only detainee who's Been placed in Seg For allegedly using someone else's visits when Killian Pratt who is a white man Constantly Every day used somebody else's visits Even the ones I was accused of using Between the months of November 2024-Febuary 2025 and was never placed in Segregation.

Claim Eleven: <u>Fourteenth Amendment</u> Kalamazoo county, Richard Fuller III, Captain Beers, It Faulk; It Dziedzic violated my Rights under the Fourteenth Amendments procedural Due process. The Sheriff an command has a Defacto policy denying inmates the right to call an Examine witnesses during their disciplinary Hearings, denies Pretrial Detainees proper notice of the Accusations made, an 24 Hours Before notice Before a Hearing is Held, and written findings Afterward which is a violation of Due process. This is a practice in Kalamazoo county Jail and Has Happened to Me 5 times

(10)

Has Happened to Bryant Cronin, Robert Sutton, Edward Longmire, Corbin Bogan-Bagley, Mark Johnson, Carlos Watts, Damarkis Lee Bre who are. Or were pretrial detainees who was not given 24 Hours notice Before Having A Hearing, Denied the right to call witnesses, and never was given written findings on why they were found guilty.

Claim twelve: <u>State law intentional infliction of Emotional Damage</u> Lt. Faulk, Deputy toth, Sgt Erdos, Sgt Zimmer, Detective Warren Misner, Sgt Wheatley, Sgt Baumont, Sgt Cattles violated my state law rights to Be free from the intension infliction of Emotional Damage when the conspired to keep placing nee in Segregation falsey, Denying nee the right to proper Due process.

Claim thirteen: <u>Fourteenth Amendment</u> Kalamazoo County, Richard Fuller III, Captain Beers, Sgt Erdos Violated my rights to Both Due Proccess & Equal protection of the law when I told them About an Assault that took place and How I was threatened with A weapon they placed me in Segregation with greater restrictions And did Nothing what so ever to the Assailants. It is a practice in Kalamazoo county Jail to punish people who complain of Assaults, Automatley Detering inmates to come forward for fear of punishment. This Has Happened to nee, Kareem Steele, Maliki Robinson, Brian Davis, Oshae Macdoc Edward longmire an many more.

(11)

## IV. Relief

State briefly and precisely what you want the court to do for you.

Compensary Damages, Punitive Damages, Declatory relief, injunctive relief, and whatever Else the courts Deem Just, proper, and Equitable.

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☒ I request that this case be assigned to a district judge.

Date: August 28, 2025

Signature of Plaintiff: Jordan Watts

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.





Jordan. Watts # 348494
Kalamazoo County Jail
1500 lamont Ave
Kalamazoo, MI 49048