**1**

# Kalamazoo County Jail
# Misconduct Violation Form

INMATE NAME: _WATTS, JORDAN_ A#: _348494_    COMPLAINT #: _24-961_

INCIDENT LOCATION: _INTAKE Commt_ DATE: _1/3/24_  TIME: _16:10_

REPORTING OFFICER: _WHISMAN_    EMP#: _6439_

**MAJOR MISCONDUCT:**
- ☐ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF.
- ☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE, OR SOLID OBJECT.
- ☐ MAJ3: ANY THREAT OF VIOLENCE OR VERBAL ASSAULT.
- ☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS.
- ☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED TO BE A WEAPON.
- ☐ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE.
- ☐ MAJ7: INTERFERING WITH STAFF IN THE LINE OF THEIR DUTY.
- ☐ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS.
- ☐ MAJ9: INDECENT EXPOSURE.
- ☐ MAJ10: REFUSING ANY STAFF ORDER (INCLUDING LOCKING DOWN).
- ☐ MAJ11: SELF MUTILATION, DOING TATTOOS ON SELF OR ANOTHER ETC.
- ☒ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR THE SAFETY OF PERSONS.
- ☐ MAJ13: COOKING.
- ☐ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE (REQUIRES LERMS REPORT).

**REQUEST FOR HEARING ON MAJOR:**   ☐ YES    ☐ NO

**MINOR MISCONDUCT:**
- ☒ MIN1: FAILURE TO COOP WITH STAFF.
- ☐ MIN2: LOAN/TRANSFER PROPERTY.
- ☐ MIN3: POSSESSION OF UNAUTH PROPERTY.
- ☐ MIN4: ALTER/DESTROY COUNTY ISSUE.
- ☐ MIN5: REFUSE TO CLEAN AREA.
- ☐ MIN6: LYING TO STAFF.
- ☐ MIN7: IN UNAUTHORIZED AREA/BUNK.
- ☐ MIN8: FAIL TO FOLLOW DRESS CODE.
- ☐ MIN9: PASS UNAUTH NOTES/MAIL.
- ☐ MIN10: POSS OF SMOKE/CONTRABAND.
- ☐ MIN11: OBSCENE LANGUAGE/GESTURES.
- ☐ MIN12: LOUD YELLING/NOISES.
- ☐ MIN13: FAIL TO MAINT HYGIENE.
- ☐ MIN14: ABUSE OF TV/POSS CHANGER.
- ☐ MIN15: UNAUTH/ABUSE OF TELE/VISIT SYSTEM.
- ☐ MIN16: UNAUTHORIZED ITEMS ON BARS.
- ☐ MIN17: MATERIAL ON WALLS/WINDOW.
- ☐ MIN18: GANG ACTIVITY/GESTURES.
- ☐ MIN19: MISUSE OF MEDS.
- ☐ MIN20: GAMBLING.
- ☐ MIN21: RATTLING BARS/DOORS/WINDOWS.

(Inmate may file a grievance to contest a minor)

**All major and minor misconducts require a complete and thorough New World incident report attached.**

HEARING OFFICER: _____ EMP#: _____ DATE: _____

**DISPOSITION:**    ☐ **RESPONSIBLE**    ☐ **NOT RESPONSIBLE**

WITNESS SIGNATURE: _____

OFFICER SIGNATURE: _____

SUPERVISOR SIGNATURE: _____

ORIGINAL: CLASSIFICATION    COPY: INMATE

# Kalamazoo County Jail
# Resident Grievance Form

3 of 1

**Date:** 9/16/2024   **A#:** 348444   **Cell:** B-North SB3

**Name:** Jordan Wallis

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):** On 9-12 When i Released from court i used the telephone as posted. Around 4pm, i attempted to use the phone. But found my pin had been turned off. About 2 hours later dep put came an told me to pack it up i was being rused to B-north in isolation and could not have access to the phones or tablets. I asked for a surgent and a cave. I asked them, what did i do and why i was being it went left B-moint to older Room and it came from Command. on v garou sued And they told me to older Room and it came from Command. on v garou sked what did i do and what Rules did i break. The Response was none if i did c on Command. After asking to speak with Cal II i was place on suicide watch for 9-13-9/16/24 I later found out that a Deputy in (unclear) on who called Command as for me to be placed in isolation with no access to other inmates of the tob world stating tampered with a tobacco or attempted to contact. There was o due process there was No Administrative procedings. i was Accussed convicted and punished. This form of treatment is in direct violation of the U.S. const. 8th when punished against Cruel unusual Punishments.   See Attached →

***Use back if needed.***

**Recommended Solution:** I've asked i'd like to have this... his previleges Restored & to ... an in C.J. Administration policy procedures for staff

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                                              **Date:**

**Response:**

- See Attached response

the law. This is Also in Direct Conflict With Supreme Court Law which states and I Quote (an inmate cannot Be denied access to his or her lawyer or the law library during critical court proceedings to do this would be to deny an inmate the Constitutional Gaurantee 5th Amendment due process of law. Their Also is Supreme Court law that states a phone with access to the outside world must Be provided to an Inmate. This inmate Believes He is the subject of vindictive Police and Relaliation due to a 1983 tort lawsuit filed against Sheriffs Detective, the Sheriffs office and other law enforcement agencies. This Inmate is charged with a class __ felony which the maximum Sentence this Inmate Can receive is 15 years. a protective warant If when If this Inmate is convicted He is eligible or only a 2 year sentence. Other inmates similarly Situated to Housed in general Population with full access to Every privilege K.C.J Has to offer unless they request protective custody or Violates one of K.C.J's Rule are a ticket shall Be written an administrative Hearing/Procedure Shall follow an if there is an adjudication of guilty an inmate shall Be returned If there is an adjudication of not guilty an Inmate Will Be returned General Housing and His privileges Restored. This Inmate was targeted cussed an without Due process punished. This is in Violation of C.J's own policy of the Staff members oath to uphold the U.S. Constitutional Gaurantee. These acts are Discriminatory and Have caused is inflict Mental stress/anguish, pyscopsecoactic trauma and a loss of access to council during critical court proceedings. Due to this grievance this Inmate Believes retaliation may

occur.

Step I

# Kalamazoo County Jail
## Resident Grievance Form

Date: 4-17-2024          A#: 348494          Cell: B north 5B3

Name: JORDan Watis

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):** On 4 2024 After lunch this inmate asked deputy wiseman to speak with a dep round I'm _____ this inmate asked deputy wiseman to speak with a sgt. on _____ this inmate asked deputy wiseman to speak with a mental H_ _____ to Regist _____ which he _____ He with by. After 45 mins or s _____ inmate pressed the emergency Button and asked to speak with c.m.H _____ for Hearing voices. Watts _____ deputy over the intercom stated they w _____ to Get c.m.H over. After an hour went by the inmate asked deputy agai _____ c.m.H and this inmate was told to not send a blue. After t _____ pressed the Emergency _____ _____ He _____ to _____ _____ _____ off an over _____ _____ _____ _____ _____ c.m.H Due to not _____ _____ _____ _____ _____ _____ and injured Himself during the proccess _____ the unit to Remove c _____ in _____ _____ _____ _____ _____ _____ _____ _____ ***Use back if needed.*** _____ ___

**Recommended Solution:** More training for staff members on trauma Reduction on Conflict deescalation, how a staff is should up when _____ _____ is, C my door to _____ and _____ _____ _____ and The video from the incident forward on to my Lawyer.

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:**                              **Date:**

**Response:**

See Attached _____ _____

emergency medical button to get the nurse to my cell to help myself accidently due to my frustration but I wont stop until I see C.M.H Deputy Wiseman then told me to pack my stuff & Handcuffed me an assisted with walking me up front. On the way there as I was limping I told deputy wiseman I Believe the gaurds want to Hurt me due to a lawsuit I've filed. I Repeated this Several times to Deputy wiseman. When we got to intake deputy wiseman attempted to place me in a cell that appeared to be out of view of the other inmates an Staff. I Was triggered due to the trauma and fear I Have of Being assaulted by staff so I (froze) an Sat down. Almost 7 or so Staff members Started to attack me. They were Bending my legs up the back an twisting my ankles which one was already injured. This caused me tense up an freeze Even due to the Pain. The Staff then started to pull my wrist Apart while they were in cuffs in what I percieved as them trying to Break my wrist. They then lifted me up placed me in a chair with Straps. While in the chair deputies lifted my Head Back an placed their fingers in my Throat making it Hard for me to Breathe and causing me immense Pain and making me tense up more. Then Sgt. Jesimetro Delivered me 3 crushing knee Blows to my ribs yelling for me to Sit at an angle that every other depu. was pulling me away from. After this I was rolled in a room and placed on suicide watch until 9/16/24 When C.M.H Came and cleared me an mike advocated for me. After this Brutal assault I Requested medical attention for my throat ribs, lower Back, wrist and ankles Every Single day from 9-13-9-16-2024 an have yet to even Be looked at By a nurse. These actions an tactics are unbecoming of K.C.J.s Deputies. During the course of me laying Down I felt Deputy Punch me, while Being Held Down By multiple Deputies an Being Choked/Choked I was Delivered 3 crushing knee Blows to my Ribs and this inmate still never resisted or fought Bought. This Conduct is the very definition of excessive force. This inmate Has the right to be Protected an free of physical assaults, Excessive force an injurys from staff per K.C.J.s Policy. Per the U.S. Const. 14th Amendment This inmate has a right to Equal protection of the law. And the constitutional gaurentee was denied to this inmate. This inmate was discriminated against, was treated in a Derogatory an damaging way, was treated unfairly which K.C.J.s Policy the U.S. Const 8th amendment cruel & unusual punishment an 14th Equal protection of the law specifically prohibits.

# KALAMAZOO COUNTY
# SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
JAMES VANDYKEN, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

**To:**     Watts, Jordan, A #348494, B North 1

**From:**   Sergeant West

**Date:**   September 26, 2024

**Ref:**    Grievance's

Mr. Watts, in response to the grievance you have written against us, the on dated 9-16-24 when you were moved. You were moved based on your behavior and the safety and security of the facility and staff.  After refusing to go into the cell located in B-North 1, you sat down in the hallway and refused to enter the cell.  You were offered PODS as an option, and you were housed in P 228.

On the grievance 9-17-24, CMH was notified that you needed to speak to them. Unfortunately, CMH was busy with other clients when you were asking for them, they cannot drop everything and run to every inmate that needs to speak to them. We have a lot of inmates that are dealing with a lot of different issues. The name of the inmate is put on a list, and they check off names as they go.

The process we have, is when you need to speak to someone you are to write a kite.

You did not want to do that and in your frustration with not being seen immediately, you started throwing a tantrum and started kicking the wall. Also, you refused to stop until you got your way.

After the deputies checked on you, it was decided to move you to intake to be monitored for your safety because you were, and said you were going to hurt yourself.

After walking through the intake exit interlock slider you were heard saying to Dep Whisman stating, "I'm gonna make you hurt me" and "I'm sorry for what I'm about to do". This can all be heard on Dep Whisman's body camera. Once near the intake inner sallyport slider you refused to move. After asking you multiple times to go into the cell and watching you tense your whole body, deputies tried to assist you into the cell, you pulled away. Once this happened, you were refusing staff orders and, resisting our efforts to put you in the cell. Therefore, these actions resulted in you being put in the emergency restraint chair (ERC).

Our deputies are trained on several things, and when an inmate refuses staff orders and resists our efforts to put them away, appropriate action is taken.



# KALAMAZOO COUNTY
# SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
JAMES VANDYKEN, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

On the grievance 9-20-24, As to Judge Hemingway lifting your prohibitions off your phone and tablet, no court paperwork was ever received saying that they were lifted. You will be pulled out of your cell and put in a rehab, and control will dial your attorney's phone number and transfer it to you. You also have access to them through the mail, and they can make an appointment whenever they see fit.

Respectfully,

Sergeant West

Kalamazoo County Sheriff's Office



# KALAMAZOO COUNTY
# SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
JAMES VANDYKEN, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

**To:**   Mr. Jordan Watts

**From:**   Lieutenant Troy Faulk

**Date:**   October 1, 2024

**Ref:**   Grievance Response – Housing Location / Use of Phones and Tablets

Mr. Watts,

You have filed several grievances expressing your concern for where you are being housed in the Kalamazoo County Jail and your removal of tablet and phone privileges.

Phone and tablet use are privileges and are not rights.  I have consulted with your attorney about your concerns over not having use of the phone system and the tablet system.   Your attorney provided me with two phone numbers where she can be reached at.  These numbers are located outside your cell for all officers to see.  Your attorney also stated you still have access to write letters to herself, friends, and family if you choose.

Your cell location and housing restrictions are based on your behavior.  There was an incident which occurred on September 13, 2024.  You resisted officers when removed from a cell and communicated the intent to force officers into harming you to go to the hospital for medical treatment. This incident was recorded on body cameras. For this incident you are now a two person move in restraints until further notice.

Although you may have been found not responsible for the above incident due to the report not being available within the 72-hour period, it does not take away from the fact you threatened jail security along with attempting to force an officer into harming yourself for your own personal gain.

We also have documentation via the tablets you used other inmates log in credentials to circumvent the tablet system. The abuse of the tablet system will not be tolerated. For this reason, you don't have access currently to the tablet system.

I wish you the best Mr. Watts and hope the remainder of your stay here at the Kalamazoo County Jail is without complication or controversy.

Respectfully,

Lieutenant Troy Faulk

Kalamazoo County Sheriff's Office



# KALAMAZOO COUNTY
## SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
JAMES VANDYKEN, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

**To:** Mr. Jordan Watts

**From:** Lieutenant Troy Faulk

**Date:** October 7, 2024

**Ref:** Grievance Response Step III – Cell Location

*I was missed 9/12/24*

Mr. Watts,

Your cell location and housing restrictions are based on your behavior. As mentioned in a previous grievance response, there was an incident which occurred on September 13, 2024. You resisted officers when removed from a cell and communicated the intent to force officers into harming you to go to the hospital for medical treatment. This incident was recorded on body cameras. For this incident you are now a two person move in restraints until further notice.

Although you may have been found not responsible for the above incident due to the report not being available within the 72-hour period, it does not take away from the fact you threatened jail security along with attempting to force an officer into harming yourself for your own personal gain.

Although you may not agree with your housing location, it is based on your actions and the safety and security of staff and the facility.

You were provided with a tablet on September 4, 2024, for you to be able to check your incoming mail which is scanned. You may also use your tablet to access a law library. I have been in touch with your attorney regarding your cell location, phone restriction, and several of your requests you have made. Attorney Maggie Jones is aware of these issues and your requests. She was also made aware of your concerns regarding your ailing father, which she states she would investigate.

Your request to be housed in another location is denied at this time.

Respectfully,

Lieutenant Troy Faulk

Kalamazoo County Sheriff's Office

# Kalamazoo County Jail
## Misconduct Violation Form

NAME: _Watts   Jordan_   A#: _348494_   JAIL INCIDENT#: _24·1266_

INCIDENT LOCATION: _Bw 16_   DATE: _12/5/24_   TIME: _1548_

REPORTING DEPUTY: _Sgt Ennos_   EMP. #: _750_

## MAJOR MISCONDUCT:
☐ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF (INTERFERING, REFUSING ORDER, ETC)
☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE OR SOLID OBJECT
☐ MAJ3: ANY ACT OR THREAT OF VIOLENCE OR VERBAL ASSAULT
☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS
☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED A WEAPON
☒ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE OR DOOR
☐ MAJ7: FLOODING OR DAMAGING CELL
☐ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS
☐ MAJ9: INDECENT EXPOSURE
☐ MAJ10: MISUSE OF MEDICATIONS
☐ MAJ11: POSSESSION OR USE OF SMOKING ITEMS/CONTRABAND
☐ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR SAFETY OF PERSONS
☐ MAJ13: ALTERING/DESTROYING COUNTY ISSUED ITEMS
☐ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE

REQUEST FOR HEARING ON MAJOR:   YES ☐   NO ☐
SERGEANT PRESENT DURING INCIDENT:   YES ☒   NO ☐

## MINOR MISCONDUCT:
☐ MIN1: FAIL TO COOP. WITH STAFF
☐ MIN2: LOAN/TRANSFER PROPERTY
☐ MIN3: POSS UNAUTH PROPERTY
☐ MIN4: COOKING
☐ MIN5: REFUSE TO CLEAN AREA
☐ MIN6: LYING TO STAFF
☐ MIN7: IN UNAUTHORIZED AREA/BUNK
☐ MIN8: FAIL TO FOLLOW DRESS CODE
☐ MIN9: PASS UNAUTH NOTES/MAIL
☐ MIN10: OBSCENE LAN/GESTURES
☐ MIN11: TATTOOS ON SELF OR OTHERS

☐ MIN12: LOUD YELLING/NOISES
☐ MIN13: FAIL TO MAIN HYGIENE
☐ MIN14: ABUSE OF TV/POSS CHANGER
☒ MIN15: UNAUTH/ABUSE OF PHONE/TABLET
☐ MIN16: UNAUTHORIZED ITEMS ON BARS/BUNK
☐ MIN17: MATERIAL/GRAFFITI ON WALLS/WINDOW
☐ MIN18: GANG ACTIVITY/GESTURES
☐ MIN19: GAMBLING
☐ MIN20: RATTLING BARS/DOORS/WINDOWS

(Inmate may file grievance to contest a Minor)

* All Major and Minor Misconducts require a complete and thorough Incident Report attached.

HEARING SGT/OIC: _____ EMP#: _____ DATE: _____
DISPOSITION:   RESPONSIBLE ☒   NOT RESPONSIBLE ☐

DEPUTY SIGNATURE: _____ 750
SUPERVISOR SIGNATURE: _____ 710   Sgt

# Kalamazoo County Jail
## Misconduct Violation Form

NAME: _Watts Jordan_   A#: _348494_   JAIL INCIDENT#: _24-44140_

INCIDENT LOCATION: _BW16_   DATE: _12/3/24_ TIME: _2019 hours_

REPORTING DEPUTY: _Misner, Sgt_   EMP. #: _1481_

## MAJOR MISCONDUCT:

☐ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF (INTERFERING, REFUSING ORDER, ETC)
☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE OR SOLID OBJECT
☐ MAJ3: ANY ACT OR THREAT OF VIOLENCE OR VERBAL ASSAULT
☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS
☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED A WEAPON
☐ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE OR DOOR
☐ MAJ7: FLOODING OR DAMAGING CELL
☑ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS
☐ MAJ9: INDECENT EXPOSURE
☐ MAJ10: MISUSE OF MEDICATIONS
☐ MAJ11: POSSESSION OR USE OF SMOKING ITEMS/CONTRABAND
☐ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR SAFETY OF PERSONS
☐ MAJ13: ALTERING/DESTROYING COUNTY ISSUED ITEMS
☐ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE

REQUEST FOR HEARING ON MAJOR:      YES ☐      NO ☐
SERGEANT PRESENT DURING INCIDENT:   YES ☐      NO ☐

## MINOR MISCONDUCT:

☐ MIN1: FAIL TO COOP. WITH STAFF
☐ MIN2: LOAN/TRANSFER PROPERTY
☐ MIN3: POSS UNAUTH PROPERTY
☐ MIN4: COOKING
☐ MIN5: REFUSE TO CLEAN AREA
☐ MIN6: LYING TO STAFF
☐ MIN7: IN UNAUTHORIZED AREA/BUNK
☐ MIN8: FAIL TO FOLLOW DRESS CODE
☐ MIN9: PASS UNAUTH NOTES/MAIL
☐ MIN10: OBSCENE LAN/GESTURES
☐ MIN11: TATTOOS ON SELF OR OTHERS

☐ MIN12: LOUD YELLING/NOISES
☐ MIN13: FAIL TO MAIN HYGIENE
☐ MIN14: ABUSE OF TV/POSS CHANGER
☑ MIN15: UNAUTH/ABUSE OF PHONE/TABLET
☐ MIN16: UNAUTHORIZED ITEMS ON BARS/BUNK
☐ MIN17: MATERIAL/GRAFFITI ON WALLS/WINDOW
☐ MIN18: GANG ACTIVITY/GESTURES
☐ MIN19: GAMBLING
☐ MIN20: RATTLING BARS/DOORS/WINDOWS

(Inmate may file grievance to contest a Minor)

* All Major and Minor Misconducts require a complete and thorough Incident Report attached.

HEARING SGT/OIC: _____ Sgt   EMP#: _750_   DATE: _12-11-24_
DISPOSITION:      RESPONSIBLE ☑      NOT RESPONSIBLE ☐

DEPUTY SIGNATURE: _____
SUPERVISOR SIGNATURE: _____

## Kalamazoo County Jail
## Misconduct Violation Form

NAME: _WATTS / JORDAN / Isaiah_ #: _348494_ JAIL INCIDENT#: _25-48_

INCIDENT LOCATION: _Bui 11_ DATE: _01-12-25_ TIME: _1420_

REPORTING DEPUTY: _Crump_ EMP. #: _7002_

## MAJOR MISCONDUCT:
☐ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF (INTERFERING, REFUSING ORDER, ETC)
☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE OR SOLID OBJECT
☐ MAJ3: ANY ACT OR THREAT OF VIOLENCE OR VERBAL ASSAULT
☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS
☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED A WEAPON
☐ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE OR DOOR
☐ MAJ7: FLOODING OR DAMAGING CELL
☐ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS
☐ MAJ9: INDECENT EXPOSURE
☒ MAJ10: MISUSE OF MEDICATIONS
☐ MAJ11: POSSESSION OR USE OF SMOKING ITEMS/CONTRABAND
☐ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR SAFETY OF PERSONS
☐ MAJ13: ALTERING/DESTROYING COUNTY ISSUED ITEMS
☐ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE

REQUEST FOR HEARING ON MAJOR: YES ☒ NO ☐
SERGEANT PRESENT DURING INCIDENT: YES ☐ NO ☒

## MINOR MISCONDUCT:
☐ MIN1: FAIL TO COOP. WITH STAFF
☐ MIN2: LOAN/TRANSFER PROPERTY
☐ MIN3: POSS UNAUTH PROPERTY
☐ MIN4: COOKING
☐ MIN5: REFUSE TO CLEAN AREA
☐ MIN6: LYING TO STAFF
☐ MIN7: IN UNAUTHORIZED AREA/BUNK
☐ MIN8: FAIL TO FOLLOW DRESS CODE
☐ MIN9: PASS UNAUTH NOTES/MAIL
☐ MIN10: OBSCENE LAN/GESTURES
☐ MIN11: TATTOOS ON SELF OR OTHERS

☐ MIN12: LOUD YELLING/NOISES
☐ MIN13: FAIL TO MAIN HYGIENE
☐ MIN14: ABUSE OF TV/POSS CHANGER
☐ MIN15: UNAUTH/ABUSE OF PHONE/TABLET
☐ MIN16: UNAUTHORIZED ITEMS ON BARS/BUNK
☐ MIN17: MATERIAL/GRAFFITI ON WALLS/WINDOW
☐ MIN18: GANG ACTIVITY/GESTURES
☐ MIN19: GAMBLING
☐ MIN20: RATTLING BARS/DOORS/WINDOWS

(Inmate may file grievance to contest a Minor)

* All Major and Minor Misconducts require a complete and thorough Incident Report attached.

HEARING SGT/OIC: _Wheatley_ EMP#: _4448_ DATE: _1/15/25_ *
DISPOSITION: RESPONSIBLE ☒ NOT RESPONSIBLE ☐

DEPUTY SIGNATURE: _____
SUPERVISOR SIGNATURE: _____

* After Initial Hearing
Needed to INvestigate
Further. Found Respon
on 1/17/25 V2024

ORIGINAL: CLASSIFICATION    COPY: INMATE

## Kalamazoo County Jail
## Misconduct Violation Form

NAME: Watts, Jordan    A#: 3-18-57    JAIL INCIDENT #: 25-262

INCIDENT LOCATION: B West-16    DATE: 02-28-25    TIME: 2300

REPORTING DEPUTY: McCormick    EMP. #: 7183

## MAJOR MISCONDUCT:

- ☑ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF (INTERFERING, REFUSING ORDER, ETC)
- ☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE OR SOLID OBJECT
- ☐ MAJ3: ANY ACT OR THREAT OF VIOLENCE OR VERBAL ASSAULT
- ☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS
- ☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED A WEAPON
- ☐ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE OR DOOR
- ☐ MAJ7: FLOODING OR DAMAGING CELL
- ☐ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS
- ☐ MAJ9: INDECENT EXPOSURE
- ☐ MAJ10: MISUSE OF MEDICATIONS
- ☐ MAJ11: POSSESSION OR USE OF SMOKING ITEMS/CONTRABAND
- ☐ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR SAFETY OF PERSONS
- ☐ MAJ13: ALTERING/DESTROYING COUNTY ISSUED ITEMS
- ☐ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE

REQUEST FOR HEARING ON MAJOR:    YES ☒    NO ☐
SERGEANT PRESENT DURING INCIDENT:    YES ☒    NO ☐

## MINOR MISCONDUCT:

- ☒ MIN1: FAIL TO COOP. WITH STAFF
- ☐ MIN2: LOAN/TRANSFER PROPERTY
- ☐ MIN3: POSS UNAUTH PROPERTY
- ☐ MIN4: COOKING
- ☐ MIN5: REFUSE TO CLEAN AREA
- ☐ MIN6: LYING TO STAFF
- ☐ MIN7: IN UNAUTHORIZED AREA/BUNK
- ☐ MIN8: FAIL TO FOLLOW DRESS CODE
- ☐ MIN9: PASS UNAUTH NOTES/MAIL
- ☐ MIN10: OBSCENE LAN/GESTURES
- ☐ MIN11: TATTOOS ON SELF OR OTHERS
- ☐ MIN12: LOUD YELLING/NOISES
- ☐ MIN13: FAIL TO MAIN HYGIENE
- ☐ MIN14: ABUSE OF TV/POSS CHANGER
- ☒ MIN15: UNAUTH/ABUSE OF PHONE/TABLET
- ☐ MIN16: UNAUTHORIZED ITEMS ON BARS/BUNK
- ☐ MIN17: MATERIAL/GRAFFITI ON WALLS/WINDOW
- ☐ MIN18: GANG ACTIVITY/GESTURES
- ☐ MIN19: GAMBLING
- ☐ MIN20: RATTLING BARS/DOORS/WINDOWS

(Inmate may file grievance to contest a Minor)

\* <u>All Major and Minor Misconducts require a complete and thorough Incident Report attached.</u>

HEARING SGT/OIC: Beaumont    EMP#: 3720    DATE: 3-3-25

DISPOSITION:    RESPONSIBLE ☒    NOT RESPONSIBLE ☐

DEPUTY SIGNATURE: McCormick

SUPERVISOR SIGNATURE: 3.7.

ORIGINAL: CLASSIFICATION    COPY: INMATE    V2024

# Kalamazoo County Jail
## Resident Grievance Form

Date: 3/5/25    A#: 348494    Cell: P227

Name: Jordan Watts

**Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses):** On 2/28/25 I was placed in seg for using someone else's account to visit. Again I was disciplined in ERROR and the pattern an misconducts i Have recieved show a clear pattern of retaliation from K C J sgts & command Due to the (1983) civil rights suit i Have pending Against Kalamazoo County, Ever since i filed my suit due to the Arbitrary punishment i Have recieved at K C J As a pretrial detainee, sgts & command Have ordered other Staff members to write trumped up misconducts Against me some of which Defies logic

***Use back if needed.***    see Back →

**Recommended Solution:** _____

_____

_____

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:** Lt. Faul?    **Date:** 3·7·25

**Response:**    See Attached



**KALAMAZOO COUNTY**
# SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
JAMES VANDYKEN, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

**To:**   Jordan Watts A# 348494

**From:**  Lieutenant Troy Faulk

**Date:**  March 7, 2025

**Ref:**   Request for Investigation into False Misconducts

Mr. Watts,

I received a grievance from you dated March 5, 2025.  In this grievance you state you want an investigation opened concerning false misconducts you were found responsible for.

I reviewed the incident report where you were using other inmate's passwords for phone / tablet use.  One of the inmates stated you didn't have permission to use his account.  It was also found your were using other inmates Log ins to record video visits.

The Resident guidebook under video visitation states:

***Inmates may not use accounts that do not belong to them.***

Your request for an investigation into your "false" misconducts is denied.

Respectfully,

Lieutenant Troy Faulk

Kalamazoo County Sheriff's Office

# Kalamazoo County Jail
# Resident Grievance Form

Date: 3-28-25　　　　A#: 348494　　　　Cell: Bwll

Name: JORDAN Watts

**Statement of Grievance** (detail all facts, such as who, what, when, where, and all witnesses):

I was placed on a 2 man move, I have Not Hoed a Hearing or any Review Since, I sent a kite to Sgt Neissnecs Requesting to be moved off 2 mans move. This classification is affecting my First amendment rights to be able to practice my religion, Also I have not Received any hearing in connection with this pending treatment. I am Not violent or posed any threat to any other person

***Use back if needed.***

**Recommended Solution:** removed From 2 man Classification

***DO NOT WRITE BELOW THIS LINE.***

**Officer Responding:** Rose # 6236　　　　**Date:** 3/30/25

**Response:**

Mr. Watts,

In your particular case, I don't know why you are a two-man. This grievance came to classification, but deputies do not get to remove 2mm restrictions without approval. I recommend writing a Step-2 grievance to a Sorgeant, as I cannot help you with this.

Step III

# Kalamazoo County Jail
## Resident Grievance Form

Date: 4-24-2025          A#: 348464          Cell: BW16

Name: Jordan Watts

Statement of Grievance (detail all facts, such as who, what, when, where, and all witnesses): On 9-3-24 I Was placed on a Two Man Move By Sgt Jelssveers. I talked to in Sgt Jelssveers for March about getting my 2 man restraints moved so I can participate in religious acts with other inmates As I am christian. Sgt Jelssveers Told me he did not mind because im not Assaultive or Violent. I he, Wrote a Kite 3 Grievance which was responded to by Deputy, Rise. I then Again talked to Sgt Jelssveers Who Stated the Lt's Ha***Use back if needed.*** the Call. (See deta...

Recommended Solution: Take me off 2 man Move.

***DO NOT WRITE BELOW THIS LINE.***

Officer Responding:                                        Date:

Response:

See Attached

is a pRetrial Detainee this inmate cannot Be subject to an Arbitrary Classifications or punishment. The inmate is not is not Violent or Assualtive. I would like to Attend church in Bible study as with this unwarranted classification it impedes me to Be Able to practice my Religion with out Restraint.



# KALAMAZOO COUNTY
# SHERIFF'S OFFICE

RICHARD C. FULLER III, Sheriff
MICHELLE GREENLEE, Undersheriff

1500 Lamont Ave · Kalamazoo, Michigan 49048 · Phone 269-385-6173 · Fax 269-385-6162

**To:**      WATTS, JORDAN ISAIAH-MAURICE, A# 348494 BW1

**From:**   Sergeant Jelsomeno

**Date:**   April 26, 2025

**Ref:**     2-Man move

Mr. Watts, you received the 2-man move after a physical incident in the intake area. You asked me about the 2-man move being removed. I told you to kite classifications and they would reach out to all the Sergeants for input on your situation if needed before deciding.

As for practicing your religion, you can practice it, we have not stopped you. The ability to attend classes are a privilege and if your 2-man is removed you may become eligible to attend classes outside of your cell.

When we spoke back in March, I did tell you that since the incident with you in intake that you have not been an issue or caused any problems. You have not made any threats towards staff and have not been in any altercations.

Again, you will need to have classifications review your incidents and behavior to determine if the 2-man move will be removed.

If there are any other issues, please feel free to contact me.

Respectfully,

Sergeant Jelsomeno

Kalamazoo County Sheriff's Office

## Kalamazoo County Jail
## Major Misconduct Violation Form & Notice

NAME: _WATTS, JORDAN_   A#: _348494_   JAIL INCIDENT#: _25-26385_

INCIDENT LOCATION: _BW6_   DATE: _8-1-25_ TIME: _10:45_

REPORTING DEPUTY: _VARDA_   EMP. #: _3729_

### MAJOR MISCONDUCT:

☐ MAJ1: ANY ACT OF INSUBORDINATION TO STAFF (INTERFERING, REFUSING ORDER, ETC)
☐ MAJ2: THROWING OF ANY FOOD, LIQUID SUBSTANCE OR SOLID OBJECT
☐ MAJ3: ANY ACT OR THREAT OF VIOLENCE OR VERBAL ASSAULT
☐ MAJ4: POSSESSION OR MAKING OF INTOXICANTS
☐ MAJ5: POSSESSION OF ANY ITEM THAT COULD BE DEEMED A WEAPON
☐ MAJ6: TAMPERING OR BLOCKING ANY LOCKING DEVICE OR DOOR
☐ MAJ7: FLOODING OR DAMAGING CELL
☐ MAJ8: TWO OR MORE MINOR MISCONDUCTS WITHIN 30 DAYS
☐ MAJ9: INDECENT EXPOSURE
☐ MAJ10: MISUSE OF MEDICATIONS
☐ MAJ11: POSSESSION OR USE OF SMOKING ITEMS/CONTRABAND
☐ MAJ12: ANY ACT THAT JEOPARDIZES JAIL SECURITY AND/OR SAFETY OF PERSONS
☐ MAJ13: ALTERING/DESTROYING COUNTY ISSUED ITEMS
☒ MAJ14: ANY CRIMINAL ACT PER MICHIGAN STATUTE

REQUEST FOR HEARING ON MAJOR:   YES ☐   NO ☐

### BRIEF SYNOPSIS OF FACTS FOR EACH ALLEGED VIOLATION:

_BEING WRITTEN UP ON A MAJOR PER LT. MALZ_
_RR: CASR #25-26385_

HEARING TO BE HELD NO SOONER THAN 24 HOURS FROM WHEN THIS NOTICE HAS BEEN SERVED TO INMATE
NOTICE SERVED ON: _8-1-25_   AT: _14:40_

DEPUTY SIGNATURE: _____   3729

ORIGINAL: CLASSIFICATION      COPY: INMATE